UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Genworth Life Insurance Company of New York, f/k/a American Mayflower Life Insurance Company of New York

Plaintiff,

-v-

Michelle Glassberg Irrevocable Trust, et al.

Defendant.

---

08 CV 2163 (PAC)

Case No. _____

**Rule 7.1 Statement**

*[RECEIVED stamp: MAR 04 2008 U.S.D.C. S.D.N.Y. CASHIERS]*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Genworth Life Insurance Company of New York     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Genworth Financial, Inc.

**Date:** March 4, 2008

*[Signature]*
**Signature of Attorney**

**Attorney Bar Code:** RM 4764

Form Rule7_1.pdf SDNY Web 10/2007