# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Genworth Life Insurance    Plaintiff,
Company of New York

- against -

Michelle Glassberg    Defendant.
Irrevocable Trust, et al.,

__8__ cv __2163__ (__)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Timothy J. Robinson
Firm Name:          SQUIRE, SANDERS & DEMPSEY L.L.P.
Address:            1300 Huntington Center, 41 South High Street
City/State/Zip:     Columbus, Ohio 43215
Phone Number:       (614) 365-2700
Fax Number:         (614) 365-2499

Timothy J. Robinson   is a member in good standing of the Bar of the States of Ohio

There are no pending disciplinary proceeding against Timothy J. Robinson in any State or Federal court.

Dated:       3/13/2008
City, State: New York, NY

Respectfully submitted,

_____
Sponsor's
SDNY Bar   SS 7821
Firm Name:    Squire Sanders & Dempsey L.L.P.
Address:      350 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number: 212-872-9800
Fax Number:   212-872-9815

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENWORTH LIFE INSURANCE COMPANY OF NEW YORK f/k/a AMERICAN MAYFLOWER LIFE INSURANCE COMPANY OF NEW YORK

        Plaintiff,

v.

MICHELLE GLASSBERG IRREVOCABLE TRUST, et al.,

        Defendants.

---

Case No. 08-cv-2163 (PAC)

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Steven Skulnik declares as follows:

1. I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an attorney for Genworth Life Insurance Company Of New York f/k/a American Mayflower Life Insurance Company Of New York, Plaintiff in the above-captioned proceeding. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Timothy J. Robinson as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Robinson is of counsel with the firm of Squire, Sanders & Dempsey L.L.P in Columbus, Ohio.

4. I have found Mr. Robinson to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

2

5. Accordingly, I am pleased to move the admission of Timothy J. Robinson, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Timothy J. Robinson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Timothy B. Robinson, pro hac vice, to represent Petitioner in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 13th day of March, 2008 at New York, New York.

_____
Steven Skulnik (SS 7821)

# 𝔗𝔥𝔢 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔒𝔥𝔦𝔬

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Timothy Jay Robinson

was admitted to the practice of law in Ohio on November 05, 1990; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 3rd day of March, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Genworth Life Insurance Company of New York

Plaintiff,

8  cv  2163  (PAC)

- against -

Michelle Glassberg Irrevocable Trust, et al.,

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Steven Skulnik    attorney for  Plaintiff

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Timothy J. Robinson |
| Firm Name: | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| Address: | 1300 Huntington Center, 41 South High Street |
| City/State/Zip: | Columbus, Ohio 43215 |
| Telephone/Fax: | (614) 365-2700 |
| Email Address: | tjrobinson@ssd.com |

is admitted to practice pro hac vice as counsel for  Plaintiff  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT#_____
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

GENWORTH LIFE INSURANCE COMPANY
OF NEW YORK f/k/a AMERICAN              Case No.: 08 CV 2163 (PAC)
MAYFLOWER LIFE INSURANCE
COMPANY OF NEW YORK                     **AFFIDAVIT OF SERVICE**

        Plaintiff,

v.


MICHELLE GLASSBERG IRREVOCABLE
TRUST, et al.,

        Defendants.
-------------------------------------------------------

STATE OF NEW YORK    }
                     }S.S.:
COUNTY OF NEW YORK   }

       JOSEPH R. PARILLA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, NY 10314.

       That on the 13th day of March 2008, I caused to be served via First Class Mail a true copy of the following the foregoing Motion for Admission *pro hac vice* upon:

ANDREW DAVID GLASSBERG IRREVOCABLE TRUST
c/o Kenneth I. Glassberg, M.D., Trustee
1930 Broadway 7C
New York, NY 10023

LAUREN DANA GLASSBERG IRREVOCABLE TRUST
c/o Kenneth I. Glassberg, M.D., Trustee
1930 Broadway 7C
New York, NY 10023

BRIAN L. COOPER IRREVOCABLE TRUST
c/o Kenneth I. Glassberg, M.D., Trustee
1930 Broadway 7C
New York, NY 10023

LOLA LEIGH COOPER IRREVOCABLE TRUST
c/o Kenneth I. Glassberg, M.D., Trustee
1930 Broadway 7C
New York, NY 10023

CHLOE MARIELLE COOPER IRREVOCABLE TRUST
c/o Kenneth I. Glassberg, M.D., Trustee
1930 Broadway 7C
New York, NY 10023

LAWRENCE COOPER GLASSBERG IRREVOCABLE TRUST,
c/o Kenneth I. Glassberg, M.D., Trustee
1930 Broadway 7C
New York, NY 10023

DR. KENNETH I. GLASSBERG IRREVOCABLE TRUST,
c/o Kenneth I. Glassberg, M.D., Trustee
1930 Broadway 7C
New York, NY 10023

KENNETH I. GLASSBERG, M.D.
1930 Broadway 7C
New York, NY 10023

U.S. BANK, N.A., AS SECURITIES INTERMEDIARY
Corporate Trust Services
EP-MN-WS3D
60 Livingston Ave.
St. Paul, MN 55107-2292

JOSEPH R. PARILLA (Lic. #924278)

Sworn to before me this
13th day of March 2008

Notary Public

KOSTADINA LAMBROU
Notary Public, State of New York
No. 01LA5041943
Qualified in Queens County
Commission Expires April 10, 20 L L