UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| GENWORTH LIFE INSURANCE COMPANY OF NEW YORK f/k/a AMERICAN MAYFLOWER LIFE INSURANCE COMPANY OF NEW YORK,<br><br>       Plaintiff,<br><br>    -against-<br><br>MICHELLE GLASSBERG IRREVOCABLE TRUST, et al.,,<br><br>       Defendants. | Case No.  08-cv-2163 (PAC)<br><br>**NOTICE OF DISMISSAL** |

-----------------------------------------------------------

    PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby dismiss the above-captioned action.

March 19, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
    Steven Skulnik (SS 7821)
    350 Park Avenue, 15th Floor
    New York, NY  10022-6022
    (212) 872-9800

    Attorneys for Plaintiff
    Genworth Life Insurance Company of New York f/k/a American Mayflower Life Insurance Company of New York

NEWYORK/79861.2