SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 0 2008
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Genworth Life Insurance Company of New York          Plaintiff,

                      8   cv   2163   (PAC)

- against -

Michelle Glassberg Irrevocable Trust, et al.,          Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Steven Skulnik          attorney for   Plaintiff

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Timothy J. Robinson |
| Firm Name: | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| Address: | 1300 Huntington Center, 41 South High Street |
| City/State/Zip: | Columbus, Ohio 43215 |
| Telephone/Fax: | (614) 365-2700 |
| Email Address: | tjrobinson@ssd.com |

is admitted to practice pro hac vice as counsel for   Plaintiff   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:          New York, NY
City, State:    March 20, 2008

                                        *[signature]*
                                        United States District Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006