UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..................................................

GENWORTH LIFE INSURANCE COMPANY
OF NEW YORK f/k/a AMERICAN
MAYFLOWER LIFE INSURANCE
COMPANY OF NEW YORK,

      Plaintiff,

  -against-

MICHELLE GLASSBERG IRREVOCABLE
TRUST, et al.,,

      Defendants.
..................................................

Case No. 08-cv-2163 (PAC)

**NOTICE OF DISMISSAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 4 2008

    PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby dismiss the above-captioned action.

March 19, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Steven Skulnik (SS 7821)
350 Park Avenue, 15th Floor
New York, NY 10022-6022
(212) 872-9800

Attorneys for Plaintiff
Genworth Life Insurance Company of New
York f/k/a American Mayflower Life
Insurance Company of New York

SO ORDERED: MAR 2 4 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

NEWYORK/79801.2